CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMADREZA AHMADI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-00943-VKD<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); [PROPOSED] ORDER**<br><br>Re: Dkt. No. 9 |

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

Stipulation to Remand
C 5:26-cv-00943-VKD                          1

1.    The Court shall remand this case to USCIS for final adjudication of Plaintiff's application for naturalization within 90 days of the order of remand.

2.    If USCIS does not adjudicate Plaintiff's application for naturalization by the agreed-upon date, Plaintiff may move to vacate the remand and re-open proceedings.

3.    Each of the parties shall bear their own costs and fees.

Dated: March 30, 2026                         Respectfully submitted,[1]

                                              CRAIG H. MISSAKIAN
                                              United States Attorney


                                              */s/ Molly A. Friend*
                                              MOLLY A. FRIEND
                                              Assistant United States Attorney
                                              Attorneys for Defendants


Dated: March 30, 2026                         RED EAGLE LAW, L.C.


                                              */s/ Curtis Morrison*
                                              CURTIS LEE MORRISON
                                              Attorney for Plaintiff


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: April 10, 2026

                                              HON. VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.